UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:15-cr-00055-NT |
| | ) |
| GREGORY OWENS | ) |

### ORDER ESTABLISHING MANNER AND SCHEDULE
### OF POST-JUDGMENT DISCOVERY OF DEFENDANT'S FINANCIAL CONDITION

WHEREAS the United States of America has, by motion, requested entry of an order to establish the manner and scheduling of certain post-judgment discovery of Defendant Gregory Owens' financial condition pursuant to 28 U.S.C. § 3015(a) and Federal Rule of Civil Procedure 69(a)(2), in aid of collection upon a criminal Judgment;

IT IS THEREFORE HEREBY ORDERED that this Order governs the nature and timing of the United States' post-judgment discovery concerning the Defendant, but it does not otherwise affect the United States' ability or authority to engage in collection activities as authorized by law; and

IT IS FURTHER ORDERED THAT the United States is authorized to take the following discovery:

    a.    Document subpoenas to any financial institutions or other third-parties which may possess or otherwise control monies held by or for the benefit of Defendant pursuant to Federal Rule of Civil Procedure 45;

    b.    Fifteen (15) interrogatories to Defendant pursuant to Federal Rule of Civil Procedure 33;

    c.    Fifteen (15) requests for the production of documents to Defendant pursuant to Federal Rule of Civil Procedure 34; and

      d.      Fifteen (15) requests for admission to Defendant pursuant to Federal Rule of Civil Procedure 36; and

IT IS FURTHER ORDERED THAT the United States shall complete the above discovery on or before August 3, 2017; and

IT IS FURTHER ORDERED THAT, if additional discovery and/or an extension of time to complete the above discovery should be necessary, the United States must request further authorization from the Court.

SO ORDERED:

/s/ Nancy Torresen\
U.S. Chief District Judge

Dated: May 8, 2017